## Mike MAYERHOFFER v. UNITED STATES of America.
### No. 6126.

Circuit Court of Appeals, Seventh Circuit.

Feb. 26, 1937.

H. C. Moore, of Springfield, Ill., for appellant.

Walter L. Rice, of Washington, D. C., for appellee.

Before EVANS, Circuit Judge, and BALTZELL and BRIGGLE, District Judges.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel and on oral argument. On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Southern District of Illinois, Southern Division, in this cause, be and the same is hereby affirmed.

## In the Matter of Tobias MINCER, Bankrupt.

## Mathilda HESS, Appellant, v. Tobias MINCER, Appellee.
### No. 416.

Circuit Court of Appeals, Second Circuit.

June 7, 1937.

Joseph B. Kaufman, of New York City, for appellant.

Gilbert S. Rosenthal, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

## Matt NAQUIN v. UNITED STATES of America.
### No. 7681.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1937.

Alfred A. May, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

Pursuant to stipulation of counsel, it is ordered that this appeal be and the same is dismissed, without costs to either party.

## Mary NAQUIN v. UNITED STATES of America.
### No. 7682.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1937.

Alfred A. May, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

Pursuant to stipulation of counsel, it is ordered that this appeal be and the same is dismissed, without costs to either party.